AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
AMANDEEP KAUR

*Defendant(s)*

Case No. 2:26-mj-06059-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/13/22, 11/5/24 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |
| ~~52 U.S.C. § 20511(2)(A)~~ | ~~Fraudulent Voter Registration~~ AR |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Alfredo Rossi, Supervisory Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6:51 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

**AFFIDAVIT**

I, Alfredo Rossi, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for AMANDEEP KAUR ("KAUR") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application) ~~and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration)~~. AR

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Supervisory Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2019. I am currently assigned as an Acting Assistant Special Agent in Charge to the El Camino Real Financial Crimes Task Force, where I lead a team of investigators who focuses on matters concerning wire fraud, narcotics trafficking, money laundering, currency reporting requirements, bulk cash smuggling, and other financial crimes.

4. Prior to becoming a Special Agent with HSI, I was employed as a Special Agent with the United States Secret Service ("USSS") from June 2016 until June 2019, where I was responsible for the investigation of various types of theft, fraud and schemes to conceal and launder the proceeds of such crimes, including the investigation of financial crimes.

5. To become an HSI Special Agent, I completed nine months of training at the Federal Law Enforcement Training Center in Brunswick, Georgia. During my employment as an HSI and USSS Special Agent, I have participated in several investigations related to narcotics and bulk cash smuggling, weapons trafficking, organized criminal activity, wire fraud, money laundering, structuring, and other financial crimes. I have participated in various aspects of criminal investigations, including bank records analysis, telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in investigating financial crimes, and interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit financial crimes.

6. Based upon my experience and training with HSI as well as conversations I have had with other agents and law enforcement officers who specialize in narcotics investigations, I am familiar with the methods utilized in narcotics-trafficking operations and the trafficking patterns employed by narcotics organizations. I have spoken with

federal agents, as well as other law enforcement officers, about their experiences and the results of their investigations and interviews. Through my conversations with these agents and other law enforcement officers, I am knowledgeable about the methods and modes of narcotics operations.

7. Furthermore, through my investigations, my training and experience, and my conversations with other agents, I am familiar with the laws and regulations designed to prevent and detect money laundering. The United States has a series of regulations and laws that are designed to detect and prevent the introduction of criminal proceeds into the banking system and the use of criminal proceeds in commerce. Based on my training and experience, I know that individuals engaged in criminal conduct attempt to circumvent the regulations and laws designed to detect the use of criminal proceeds.

## III. STATEMENT OF PROBABLE CAUSE

8. Department of Homeland Security ("DHS") records reveal that KAUR was born on July XX, 1996, in India, and is a native and citizen of India, who entered the United States in 2021 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

9. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for KAUR with fraud indicators that KAUR either registered to vote, has voted, or both.

10. During the HSI investigation of KAUR, Special Agents ("SAs") conducted record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number AXXXXX5215 in the name "KAUR" with a date of birth of July XX, 1996, and a country of birth and citizenship as India. This record includes a photograph of the person SAs recognized to be KAUR. This recognition is based on a comparison to other law enforcement photographs of KAUR. This record also lists additional identifying information for KAUR to include a physical address: XXX54 Via Victoria, Rancho Palos Verdes, CA 90275, a telephone number ending in -2665, an email of AMANTOTYXXXX@GMAIL.COM, and date of birth of July XX, 1996.

11. DHS Immigration documentation, specifically Form N-400 (Application for Naturalization) records for KAUR, also lists her birth country and citizenship as India, and contains a Social Security number ending in -9659.

12. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number XXXXX700 is associated with the name "KAUR" and is associated with the same address on XXX54 Via Victoria, Rancho Palos Verdes, CA 90275. The latest issue date of this record is September 11, 2024, and it contained a photograph which SAs believe depicts KAUR based on SAs' comparisons to pictures, and SAs' interactions and correspondence with other law enforcement officers. This record also shows the date of birth as July XX, 1996, and contains an image of KAUR's signature.






13. During the HSI investigation of KAUR, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for KAUR associated with the same address on XXX54 Via Victoria, Rancho Palos Verdes, CA 90275.

14. In September 2026, SAs received a certified voter registration application number 53047XXXX, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "KAUR" and lists the same address on XXX54 Via Victoria, Rancho Palos Verdes, CA 90275.



CALIFORNIA VOTER REGISTRATION FORM

- X I am a U.S. citizen.
- X I am at least 18 years old.
- X I am not in prison or on parole for the conviction of a felony.
- X I am not currently judged by a court to be mentally incompetent.

| | | |
|---|---|---|
| Legal Name<br>AMANDEEP KAUR | Birth Date<br>07[redacted]1996 | Birth Place |
| Home Address<br>[redacted]VIA VICTORIA<br>RNCHO PLS VRD CA 90275 | California ID<br>Y[redacted] | SSN4 |
| | Phone Number<br>(424[redacted]9588 | Fax Number |

15. A check mark is provided next to the application wording "I am a U.S. citizen." Following a declaration under penalty of perjury warning, the voter registration application is signed and dated December 13, 2022.



I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE [redacted] 12/13/2022 DATE

16. The voter application also provided the following for KAUR:

a. California ID number XXXXX700

b. Date of birth as 07/XX/1996

c. Place of birth as Not Listed

d. "SSN4" as Not Listed

e. Phone number as 424-XXX-9588

f. Email as Not Listed

17. The signature supplied by the voter and attached to

the voter application number 53047XXXX is in the name of KAUR and appears to match KAUR's signature on her California driver's license dated 09/11/2024.

18. The records received from the Los Angeles County Registrar's Office show that KAUR voted in person in the general election on November 5, 2024 at a polling place in Palos Verdes, California.

19. Additionally, SAs have reviewed DHS records to determine whether KAUR has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show KAUR is seeking naturalization and filed an N-400 application. Records of photo identification were uploaded to the application including a copy of KAUR's United States Permanent Resident Card USCIS XXXXX5215.




20. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)," the answer "No" is

checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." The answer "No" is checked.

| | | |
|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes ☒ No |
| 2. | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." | ☐ Yes ☒ No |

21. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 03/25/2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

| | | |
|---|---|---|
| **4.** | Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy) |
| ➡ | Amandeep Kaur | 03/25/2026 |

22. The Form N-400 Naturalization application also provided the following for KAUR:

a. Alien Number as A-XXXXX5215

b. Date of birth as 07/XX/1996

c. Place of birth as INDIA

d. "SSN4" as -9659

e. Phone number as 310-XXX-2665

f. Email as AMANTOTYXXXX@GMAIL.COM

23. Moreover, the DHS records do not reflect the issuance

of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

24. On September 15, 2026, SAs conducted a telephonic interview with KAUR. SAs called Amandeep KAUR via her verified subscriber phone number (310) XXX-2665, regarding voter fraud and identity fraud. KAUR stated her English was not good but SAs were able to verify her identity and asked if she has ever registered to vote or ever voted in an election. KAUR stated she never registered or voted in an election. KAUR handed the phone to her husband due to the alleged language barrier. A male voice was then heard on the phone and the person, who identified himself as her husband Mr. Goutra, stated that his wife never voted, never registered, and no one spoke to them about registering or voting. Mr. Goutra confirmed KAUR's current address as being XXX54 Via Victoria 11, Rancho Palos Verdes, CA 90275.

## IV. **CONCLUSION**

25. Based on the foregoing, I believe there is probable cause to believe that KAUR knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote and

secure the issuance of an election ballot permitting her to vote in a California and federal election in violation of 18 U.S.C. § 1015(a) ~~and 52 U.S.C. § 20511(2)(A)~~. AR

/s/
___________________________________
ALFREDO ROSSI, Supervisory
Special Agent, Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

_____________________________
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE